UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JULIAN RAVEN**,

        Plaintiff,

v.

**JOHN G. ROBERTS, JR., et al.**,

        Defendants.

Case No. 1:25-cv-02332 (TNM)

### ORDER

On September 9, 2025, Defendants filed a Motion to Dismiss. *See* ECF No. 16. This motion, if granted, would end this lawsuit. The Plaintiff in this case is proceeding *pro se*. Accordingly, Plaintiff is entitled to notice of the consequences of failing to respond, including "an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

The Court hereby ORDERS Plaintiff to respond to Defendants' motion by **October 31, 2025**. Plaintiff is warned that if he does not respond by this deadline, the Court may treat the motion as conceded and dismiss the Complaint. It is further ORDERED that Defendants' reply is due by **November 14, 2025**.

        **SO ORDERED.**

Dated: September 30, 2025

TREVOR N. McFADDEN
United States District Judge