Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JULIAN RAVEN

Plaintiff

vs.

JOHN G. ROBERTS, JR. et al

Defendant

Civil No. 25-2332 (TNM)

Category F

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 9/30/2025 from Judge Tanya S. Chutkan to Judge Trevor N. McFadden by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc: Judge Tanya S. Chutkan & Courtroom Deputy
Judge Trevor N. McFadden & Courtroom Deputy
Liaison, Calendar and Case Management Committee