UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Julian Raven,**
Plaintiff,

v.

**President Donald J. Trump, Chancellor John Roberts, Secretary Lonnie Bunch III, Et al.**

**Case No. 1:25-cv-02332-TNM**

NOTICE OF APPEAL

Notice is hereby given that Plaintiff **Julian Raven** hereby appeals to the **United States Court of Appeals for the District of Columbia Circuit** from the **final order and accompanying memorandum opinion** entered in this action on **January 26, 2026** (ECF Nos. 32 and 33), which granted Defendants' motion to dismiss, denied Plaintiff's motion for preliminary injunction as moot, denied all other outstanding motions, and dismissed the case without prejudice.

This appeal encompasses all adverse rulings and denials reflected in the final judgment, including the dismissal of Plaintiff's claims, denial of injunctive relief, and denial of all pending motions except the motion for leave to file sur-reply.

This Notice of Appeal falls within the extension of time to file granted by the court.

March 11, 2026
Respectfully submitted,

*[signature: Julian Raven]*

Julian Raven, Pro se
714 Baldwin St.
Elmira,
New York, 14901



**RECEIVED**

MAR 11 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1

I, Julian Raven do hereby verify and swear that a full copy of this Notice of Appeal has been served on defendants.

*[signature: Julian Raven]*

**Julian Raven**
Plaintiff, Pro Se
714 Baldwin St.,
Elmira, New York, 14901
Dated: March 11, 2026